# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

MARLETHA RANKINS,

        Plaintiff,

v.

Case No. 11-CV-1153-JPS

JAMES HOWARD, and COUNTY OF MILWAUKEE

        Defendants

JUDGMENT

Jury Verdict. This action having come before the court for trial by jury, and the issues having been tried, and the jury having rendered a Special Verdict,

    IT IS ORDERED AND ADJUDGED that plaintiff Marletha Rankins shall have and recover compensatory damages of $100,000.00 from defendant James Howard; and

    IT IS FURTHER ORDERED AND ADJUDGED that plaintiff Marletha Rankins shall have and recover punitive damages of $1,000,000.00 from defendant James Howard; and

    IT IS FURTHER ORDERED AND ADJUDGED that plaintiff Marletha Rankins shall have and recover nothing from defendant County of Milwaukee; and

    IT IS FURTHER ORDERED AND ADJUDGED that plaintiff Marletha Rankins's Complaint as against defendant County of Milwaukee be and the same is hereby DISMISSED on the merits, together with costs as may be taxed by the Clerk of Court.

APPROVED:

J.P. Stadtmueller
U.S. District Judge

JON W. SANFILIPPO
Clerk of Court
s/Nancy A. Monzingo

December 18, 2012

Date

By: Deputy Clerk